IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER ISAAC SIMMONS,

    Petitioner,                    No. CIV S-02-0794 DFL GGH P

    vs.

ANTHONY LAMARQUE, Warden,

    Respondent.                 ORDER

_____/

        Counsel was appointed for petitioner, a state prisoner seeking issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254, by order filed on April 26, 2002. According to the court's calendar, the instant habeas matter has been submitted, as of April 22, 2005, when the reply (traverse) was filed.

        On June 1, 2005, counsel filed a motion to withdraw as attorney for petitioner, citing "strategical [sic] differences" and referencing a March 26, 2005 request by petitioner that new counsel be appointed. The court will grant counsel's motion to withdraw. However, before considering whether it is appropriate to appoint new counsel, particularly in light of the fact that this matter is now submitted and no further briefing is due, petitioner pro se must file a motion setting forth the basis upon which he perceives the need for counsel at this point and stating a convincing case that he will not find himself once again at loggerheads with different counsel.

Accordingly, IT IS ORDERED that:

1. Petitioner's counsel's June 1, 2005 motion to withdraw is granted and he is dismissed as counsel from this case, this matter having been submitted, without substitution of new counsel at this point; instead, petitioner must proceed pro se;

2. Petitioner pro se must file a motion, within 30 days, as set forth above, presenting a persuasive argument that this court should appoint different counsel;

3. The Clerk of the Court must serve this order on counsel for both parties as well as upon petitioner pro se;

4. The Clerk of the Court, following service of this order, is directed to remove Donald S. Frick from the certificate of service for this case.

DATED: 6/30/05                              /s/ Gregory G. Hollows
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
simm0794.wd