IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER ISAAC SIMMONS,

    Petitioner,               No. CIV S-02-0794 DFL GGH P

    vs.

ANTHONY LAMARQUE, Warden,

    Respondent.             ORDER

_____/

    Petitioner has requested an extension of time to file a response to the court's order of June 30, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 20, 2005 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file a response to the court's order of June 30, 2005.

DATED: 7/29/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
simm0794.111