IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER ISAAC SIMMONS,

    Petitioner,                  No. CIV S-02-0794 RRB JFM P

    vs.

ANTHONY LAMARQUE, Warden,

    Respondent.               <u>ORDER</u>

    _____/

    Petitioner has requested an extension of time to file and serve objections to the November 6, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's November 16, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the November 6, 2007 findings and recommendations.

DATED: November 28, 2007.

                            UNITED STATES MAGISTRATE JUDGE

/mp/001
simm0794.111