1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9    CHRISTOPHER ISAAC SIMMONS,

10          Petitioner,              No. CIV S-02-0794 RRB JFM P

11       vs.

12   ANTHONY LAMARQUE, Warden,

13          Respondent.             ORDER

14   _____/

15          Petitioner has filed his second request for an extension of time to file objections to

16   the November 6, 2007 findings and recommendations.  Good cause appearing, the request will be

17   granted.  No further extensions of time will be granted.

18          IT IS HEREBY ORDERED that:

19          1.  Petitioner's December 26, 2007 request for an extension of time is granted; and

20          2.  Petitioner is granted until January 28, 2008 in which to file objections.  No

21   further extensions of time will be granted.

22   DATED:  January 17, 2008.

23

24   _____
     UNITED STATES MAGISTRATE JUDGE

25

26   /001; simm0794.eot2