IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ISAAC SIMMONS,<br><br>　　　　Petitioner,<br><br>vs.<br><br>ANTHONY LAMARQUE, Warden,<br><br>　　　　Respondent. | No. 2:02-CV-0794-RRB-JFM P<br><br>**ORDER** |

　　　　Petitioner Christopher Isaac Simmons ("Petitioner") is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　On November 6, 2007, the Magistrate Judge filed Findings and Recommendations (Docket 47) herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. Petitioner has filed Objections to the Magistrate's Findings and Recommendations at Docket 53.

ORDER DENYING PETITIONER'S APPLICATION - 1
2:02-CV-0794-RRB-JFM P

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of the relevant pleadings filed in this matter. Having carefully and thoroughly reviewed the same, the Court finds the Magistrate's Findings and Recommendations at Docket 47 to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations at Docket 47, filed on November 6, 2007, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is **DENIED**.

ENTERED this 1st day of April, 2008.

```
                                //s//
                         _____
                         RALPH R. BEISTLINE
                         UNITED STATES DISTRICT JUDGE
```

ORDER DENYING PETITIONER'S APPLICATION - 2
2:02-CV-0794-RRB-JFM P